UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIA LLONA CSIKOTA,

          Plaintiff,

-- against --

IGNOR TOLKACSOV TOLKACHEV,

          Defendant.

ORDER

08-CV-5283

**JACK B. WEINSTEIN, Senior United States District Judge:**

    This action was removed from the Family Court of the State of New York, Kings County, by defendant Ignor Tolkachev. On July 22, 2009, Magistrate Judge Lois Bloom issued a Report and Recommendation, recommending that the case be remanded to state court for lack of subject matter jurisdiction. Defendant objected to the Magistrate Judge's recommendation.

    Argument on the Report and Recommendation was heard on January 20, 2009. For the reasons stated on the record, defendant's objections are without basis in fact or law. The Magistrate Judge's Report and Recommendation was fully supported by authorities, based on facts that are not in dispute. The court adopts Magistrate Judge Bloom's Report and Recommendation in full. The case is remanded to the Family Court of the State of New York, Kings County, for further proceedings.

    No costs or disbursements.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: January 22, 2010
       Brooklyn, New York

